UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-80342-KAM

HOWARD COHAN,

    Plaintiff,

vs.

CASUAL DINING VENTURES, INC. a Florida
Profit Corporation, d/b/a HURRICANE GRILL
& WINGS

    Defendant(s)
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Casual Dining Ventures, Inc. a Florida Profit Corporation, d/b/a Hurricane Grill & Wings ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

    Jointly submitted this 18 day of April, 2016.

**WEINTRAUB &WEINTRUAB**
Counsel for Defendant
2700 North Military Trial, Ste. 355
Boca Raton, Florida 33431
Telephone: (561) 988-6411
Facsimile: (561) 988-6011

By: _____
Peter B. Weintraub
Florida Bar No. 322199
pbw@weintraublawfirm.com

**FEINSTEIN & SOROTA, P.A.**
Counsel for Plaintiff
7901 SW 6th Court, Suite 305
Plantation, Florida 33324
Telephone: (954) 617-1500
Facsimile: (954) 617-4100

By: _____
Mark D. Feinstein, Esq.
Florida Bar No. 444170
fspa@fspalaw.com

**LAW OFFICES OF
NEIL S. ODESSKY, P.A.**
Counsel for Plaintiff
7901 SW 6th Court, Suite 305
Plantation, Florida 33324
Telephone: (954) 617-1100
Facsimile: (954) 617-1300

By: _____
Neil S. Odessky, Esq.
Florida Bar No. 354661
odesskylawpleadings@gmail.com