UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80342-CIV-MARRA

HOWARD COHAN,

    Plaintiff,

vs.

CASUAL DINING VENTURES, INC.,
a Florida profit corporation, d/b/a
HURRICANE GRILL & WINGS,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice [DE 7].  Being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that all claims that were or could have been raised in this action are dismissed with prejudice, except that the Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement, if necessary.  Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified in the Agreement.  This cause is dismissed with prejudice.  Fed. R. Civ. P. 41(a).  Any pending motions are denied as moot.  This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of April, 2016.

                          KENNETH A. MARRA
                          United States District Judge